COVINGTON *v.* SOUTHERN BELL TELEPHONE & TELEGRAPH CO.

FISH, C. J. 1. The objection to the affidavit in forma pauperis having been removed by the payment of costs, under permission of this court, and, upon a suggestion of a diminution of the record, a certified transcript sent to this court by the clerk of the trial court, showing an acknowledgment of service upon the motion for a new trial, the motion to dismiss the writ of error is overruled.

2. Upon a careful consideration of the evidence in the case, it did not authorize the direction of a verdict in favor of the defendant.

(a) In the case of *Atlantic & Birmingham Railway Co.* v. *Reynolds*, 117 *Ga.* 47 (43 S. E. 456), the decision made was in reference to a charge of the court in regard to the rule of diligence incumbent upon a master who has purchased a permanent structure and continues to use it; it did not involve the direction of a verdict; and the evidence in the present case in regard to the construction and reconstruction of the tele-

phone line in question presented some features for consideration by the jury which were not present in that case.

*Judgment reversed.   All the Justices concur.*

JUNE 15, 1910.

Action for damages.   Before Judge Gilbert.   Stewart superior court.   April 3, 1909.

*Hatcher & Hatcher* and *T. T. James,* for plaintiff.

*Charlton E. Battle* and *Howell Hollis,* for defendant.